# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**WILLIAM EARL RING, III**                                                                           **PLAINTIFF**

**v.**                            **Case No. 1:19-cv-00054-KGB-JJV**

**ALBERT ROORK,** *et al.*                                                       **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe. J Volpe (Dkt. No. 6). Plaintiff William Earl Ring, III has not filed any objections, and the time to file objections has passed. After carefully considering the record in this case, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The Court dismisses without prejudice Mr. Ring's complaint (Dkt. No. 2). Dismissal of this action counts as a "strike" for purposes of 28 U.S.C. § 1915(g). The Court also certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith. Judgment shall be entered accordingly.

It is so ordered this 11th day of February, 2020.

                                                       Kristine G. Baker
                                                       United States District Judge